**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEW AMSTERDAM PROJECT MANAGEMENT HUMANITARIAN FOUNDATION,<br><br>     Plaintiff,<br><br>vs.<br><br>KEVIN B. CONNOLLY, *et al.*,<br><br>     Defendants. | Case No.: 2:18-CV01917-RCJ-EJY<br><br>**ORDER** |

  The Court filed the Notice Regarding Intent to Dismiss for Want of Prosecution Pursuant to Local Rule 41-1 (ECF No. 15) on October 21, 2020.  Plaintiff has not complied with the Notice within the allotted time.

  "Before dismissing the action, the district court is required to weigh several factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions."  Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995) (internal citations and quotations omitted).  All five factors point in favor of dismissal.

Plaintiff has failed to show good cause why this action should not be dismissed for want of prosecution pursuant to Local Rule 41-1.

IT THEREFORE ORDERED that this action is DISMISSED for Plaintiff's failure to comply with the Notice Regarding Intent to Dismiss for Want of Prosecution Pursuant to Local Rule 41-1 (ECF No. 15).  The Clerk of the Court shall close this case.

DATED:  November 25, 2020.

_____
ROBERT C. JONES, District Judge